UST-20, 2-97

DIANE M. MANN
29834 N. CAVE CREEK RD., #118-274
CAVE CREEK, AZ 85331
(480) 451-3053

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In Re: | ) | CHAPTER 7 |
| | ) | |
| SCHOWENGERDT, TODD R. | ) | CASE NO. 09-15528-PHX-RTB |
| | ) | |
| | ) | TRUSTEE'S OBJECTION |
| | ) | TO PROOF OF CLAIM |
| | ) | AND NOTICE THEREON |
| Debtor(s). | ) | |

  COMES NOW <u>DIANE M. MANN</u>, duly appointed, qualified and acting trustee in the above-captioned estate, and objects to the following claim:
  No: 8 Filed on: 1/18/10 for $2,568.76 by or on behalf of
  Name: Jane Axon
  Address: 10932 Bradshaw, Overland Park, KS 66210
upon the following grounds:

__x___ Does not include a copy of writing upon which it is based;
  ___x__ an itemized statement of account;

__x___ This claim is unliquidated. It allegedly represents a "breach of contact claim, possible contingency claim dependant on actions of lender". The claim is for a debt that is unmatured and contingent on the date of filing of the petition and to allow such a claim would unduly delay the administration of the case.

The trustee recommends said claim be treated as follows: Disallow

  NOTICE IS GIVEN that the above claim be disallowed or allowed in the amount and with the priority as recommended above by the trustee unless on or before 2/8/10, (17) (14) days from service plus (3) days for mailing, the creditor EITHER:
  1. Sends, WITH A COPY OF THIS NOTICE, the proper documentation to the
  trustee AND receives from the trustee a withdrawal of objection;
OR
  2. Files and serves a response to the objection with the Clerk of the Court, and mails a copy thereof to the trustee at: 29834 N. CAVE CREEK RD., #118-274, CAVE CREEK, AZ 85331. If the claimant timely files and serves a response to the objection, the trustee shall request a hearing from the court, which hearing shall be held on at least 30 days notice to the claimant.
A true and exact copy of this objection has been forwarded on the date as appears below to the claimant at the address listed above.

 January 22, 2010                  /s/
Dated                      DIANE M. MANN, Trustee